No. 92–1022. CHATTIN *v.* UNITED STATES. Ct. Mil. App. Motion of petitioner to defer consideration of petition for writ of

952

certiorari denied. Certiorari denied.

No. 92–1078. BOUDREAUX *v.* UNITED STATES. Ct. Mil. App. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.